# CASE ANNOUNCEMENTS
## *May 19, 2014*

[Cite as *05/19/2014 Case Announcements*, 2014-Ohio-2101.]

# MOTION AND PROCEDURAL RULINGS

**2014–0683.   Toland v. Ohio State Univ.**
Franklin App. No. 14AP–205. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion for mediation, it is ordered by the court that the motion for mediation is denied.